**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Artonio Mark STOVALL, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 16, 1998.
Decided July 21, 1999.

---

1. We note that the constitutionality of roadblocks is not raised as an issue in this case.

Joseph P. Conti, Elvage G. Murphy, Marshall J. Piccinini, Erie, for the Com., appellant. Andrea F. McKenna, Harrisburg, for the Com.–Atty. Gen., appellant.

Joseph P. Burt, Erie, for Stovall, appellee.

Karl Baker, Stefen Presser, for amicus.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams,* —— Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Erie County Court of Common Pleas dated October 3, 1997. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.

Justice CASTILLE files a Dissenting Statement.

CASTILLE, Justice, dissenting.

I dissent for the reasons expressed in my dissenting opinion in *Commonwealth v. Williams,* —— Pa. ——, 733 A.2d 593 (1999).